IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ANTHONY TYRONE JACKSON JR.,<br><br>     Defendant. | **No. 4:23-cr-00069-RGE-HCA**<br><br>**TRIAL<br>EXHIBIT LIST** |

# GOVERNMENT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 100 | M30 pills from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |
| 100A | Photo of M30 pills from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |
| 101 | M30 pills from west/right kitchen drawer | X | X | | X | | | 10/2/2023 |
| 101A | Photo of M30 pills from west/right kitchen drawer | X | X | | X | | | 10/2/2023 |
| 102 | M30 pills from thermos | X | X | | X | | | 10/2/2023 |
| 102A | Photo of M30 pills from thermos | X | X | | X | | | 10/2/2023 |
| 103 | Marijuana from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |
| 103A | Photo of marijuana from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |
| 104 | Marijuana from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |
| 104A | Photo of marijuana from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |
| 105 | Cocaine from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |
| 105A | Photo of cocaine from east/left kitchen drawer | X | X | | X | | | 10/2/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|-----|-------------|---|---|-----|---|-----|----|------|
| 106 | Cocaine from black shorts in east bedroom | X | X | | X | | | 10/2/2023 |
| 106A | Photo of cocaine from black shorts in east bedroom | X | X | | X | | | 10/2/2023 |
| 107 | Glock 45 9x19 pistol bearing serial number BRME233 (east/left drawer) | X | X | | X | | | 10/2/2023 |
| 107A | Photo of Glock 45 9x19 pistol bearing serial number BRME233 (east/left drawer) | X | X | | X | | | 10/2/2023 |
| 108 | Taurus PT111 G2 9mm pistol bearing serial number TKM37322 (east/left drawer) | X | X | | X | | | 10/2/2023 |
| 108A | Photo of Taurus PT111 G2 9mm pistol bearing serial number TKM37322 (east/left drawer) | X | X | | X | | | 10/2/2023 |
| 110 | U.S. currency seized from Jackson | X | X | | X | | | 10/2/2023 |
| 110A | Photo of U.S. currency seized from Jackson | X | X | | X | | | 10/2/2023 |
| 110B | Photo of buy money seized from Jackson | X | X | | X | | | 10/2/2023 |
| | | | | | | | | |
| 200 | East Bedroom | X | X | | X | | | 10/2/2023 |
| 201 | Kitchen – overall | X | X | | X | | | 10/2/2023 |
| 202 | Kitchen – overall | X | X | | X | | | 10/2/2023 |
| 203 | Kitchen island drawers | X | X | | X | | | 10/2/2023 |
| 204 | Left drawer – guns, pills, scale, baggies, wallet | X | X | | X | | | 10/2/2023 |
| 205 | Guns in left drawer | X | X | | X | | | 10/2/2023 |
| 206 | Guns in left drawer | X | X | | X | | | 10/2/2023 |
| 207 | Jackson's wallet and cards | X | X | | X | | | 10/2/2023 |
| 208 | Jackson's credit card | X | X | | X | | | 10/2/2023 |
| 209 | Right drawer – pills | X | X | | X | | | 10/2/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 210 | Money counter on kitchen island | X | X | | X | | | 10/2/2023 |
| 211 | Money counter on kitchen island | X | X | | X | | | 10/2/2023 |
| 212 | East bedroom closet | X | X | | X | | | 10/2/2023 |
| 213 | Thermos in east bedroom closet | X | X | | X | | | 10/2/2023 |
| 214 | Pills inside thermos | X | X | | X | | | 10/2/2023 |
| 215 | Bags of pills from thermos | X | X | | X | | | 10/2/2023 |
| 216 | Door to apartment 207 | X | X | | X | | | 10/2/2023 |
| 217 | 1050 Murphy St apartment building – Cityville | X | X | | X | | | 10/2/2023 |
| 218 | Jackson's ticket paperwork | X | X | | X | | | 10/2/2023 |
| 219 | Jackson's Veridian paperwork | X | X | | X | | | 10/2/2023 |
| 220 | Jackson's ID card and phone | X | X | | X | | | 10/2/2023 |
| 221 | Red Jordan shoes | X | X | | X | | | 10/2/2023 |
| 222 | Givenchy tracksuit | X | X | | X | | | 10/2/2023 |
| 223 | Versace shoes | X | X | | X | | | 10/2/2023 |
| 224 | Black ripped jeans | X | X | | X | | | 10/2/2023 |
| 225 | Cartier watch at apartment | X | X | | X | | | 10/2/2023 |
| 225A | Cartier watch | X | X | | X | | | 10/2/2023 |
| 226 | Cocaine in black shorts in east bedroom | X | X | | X | | | 10/2/2023 |
| 228 | Louboutin shoes | X | X | | X | | | 10/2/2023 |
| 229 | Red Dodge Durango surveillance photo | X | X | | X | | | 10/2/2023 |
| 231 | Keys on counter | X | X | | X | | | 10/2/2023 |
| 232 | Blue jacket | X | X | | X | | | 10/2/2023 |
| 233 | Black and green "drugs heal pain" jacket | X | X | | X | | | 10/2/2023 |
| 234 | Black star jeans | X | X | | X | | | 10/2/2023 |
| | | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 300 | Photo of Jackson in kitchen 1-31-23 | X | X | | X | | | 10/2/2023 |
| 300A | Photo of Jackson & Locure in kitchen 1-31-23 | X | X | | X | | | 10/2/2023 |
| 301 | Video of money counter in use 3-6-23 | X | X | | X | | | 10/2/2023 |
| 302 | Video of marijuana 3-6-23 | X | X | | X | | | 10/2/2023 |
| 303 | Video of Jackson & Locure with marijuana   at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 303A | Still from video of Jackson & Locure with marijuana at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 304 | Video of Jackson cutting open marijuana at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 304A | Still from video of marijuana at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 304B | Still from video of Jackson cutting open marijuana at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 305 | Video of marijuana at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 306 | Video of marijuana sent as mass Snapchat   at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 307 | Video of marijuana at apartment 3-9-23 | X | X | | X | | | 10/2/2023 |
| 308 | Mass Snapchat data of marijuana video | X | X | | X | | | 10/2/2023 |
| 309 | Video of cash on apartment counter 3-20-23 | X | X | | X | | | 10/2/2023 |
| 310 | Video of cash on bed 3-27-23 | X | X | | X | | | 10/2/2023 |
| 311 | Video of Jackson counting cash 4-1-23 | X | X | | X | | | 10/2/2023 |
| 312 | Video of Jackson holding cash in car 4-8-23 | X | X | | X | | | 10/2/2023 |
| 313 | Video of marijuana 3-9-23 | X | X | | X | | | 10/2/2023 |
| 314 | Photo of Jackson & Locure holding cash in bathroom 3-7-23 | X | X | | X | | | 10/2/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 315 | Photo of Jackson holding cash on counter at apartment 3-19-23 | X | X | | X | | | 10/2/2023 |
| 316 | Photo of Jackson holding cash on counter at apartment 3-19-23 | X | X | | X | | | 10/2/2023 |
| 317 | Jackson & Locure in bathroom 3-7-23 | X | X | | X | | | 10/2/2023 |
| 318 | Photo of money counter 3-1-23 | X | X | | X | | | 10/2/2023 |
| 319 | Photo of Jackson out with cash 4-6-23 | X | X | | X | | | 10/2/2023 |
| 320 | Texts about pills and tracking info | X | X | | X | | | 10/2/2023 |
| 321 | Text with Nito about pills and pricing 3-26-23 | X | X | | X | | | 10/2/2023 |
| 322 | Photo of M30 pills 8-22-23 | X | X | | X | | | 10/2/2023 |
| 323 | Texts with Deno about pills 4-6 (1/2) | X | X | | X | | | 10/2/2023 |
| 324 | Texts with Deno about pills 4-6 (2/2) | X | X | | X | | | 10/2/2023 |
| 325 | Texts about marijuana in MN | X | X | | X | | | 10/2/2023 |
| 326 | Texts about packages (1/3) 8-24-23 | X | X | | X | | | 10/2/2023 |
| 327 | Texts about packages (2/3) 8-24-23 | X | X | | X | | | 10/2/2023 |
| 328 | Texts about packages (3/3) 8-24-23 | X | X | | X | | | 10/2/2023 |
| 329 | Texts about blues 1-15-23 (1/2) | X | X | | X | | | 10/2/2023 |
| 330 | Texts about blues 1-15-23 (2/2) | X | X | | X | | | 10/2/2023 |
| 331 | Texts about yerks and cocaine photos | X | X | | X | | | 10/2/2023 |
| 333 | Uber request at 1050 Murphy 3-15-23 | X | X | | X | | | 10/2/2023 |
| 334 | Video of Jackson with cash 3-18-23 | X | X | | X | | | 10/2/2023 |
| 336 | Jackson wearing hat and jacket, with Locure & Johnson 3-25-23 | X | X | | X | | | 10/2/2023 |
| 337 | Jackson wearing Givenchy tracksuit 1-25-23 | X | X | | X | | | 10/2/2023 |
| 338 | Jackson in clothes from apartment 2-4-23 | X | X | | X | | | 10/2/2023 |
| 339 | Jackson wearing red shoes 3-7-23 | X | X | | X | | | 10/2/2023 |
| 340 | Jackson getting UPS package 3-11-23 | X | X | | X | | | 10/2/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 341 | Jackson handling packages of M30 pills at apartment 3-11-23 | X | X | | X | | | 10/2/2023 |
| 341A | Still of Jackson handling packages of M30 pills at apartment 3-11-23 | X | X | | X | | | 10/2/2023 |
| 341B | Still of Jackson handling packages of M30 pills at apartment 3-11-23 | X | X | | X | | | 10/2/2023 |
| 341C | Still of Jackson handling packages of M30 pills at apartment 3-11-23 | X | X | | X | | | 10/2/2023 |
| 341D | Still of Jackson handling packages of M30 pills at apartment 3-11-23 | X | X | | X | | | 10/2/2023 |
| 342 | Photo of Jackson with apartment keys 3-23-23 | X | X | | X | | | 10/2/2023 |
| 343 | Photo of Jackson 3-19-23 | X | X | | X | | | 10/2/2023 |
| 344 | Video of Jackson Facetime buying watches 4-5-23 | X | X | | X | | | 10/2/2023 |
| 345 | Photo of Jackson wearing blue jacket | X | X | | X | | | 10/2/2023 |
| 346 | Photo of Jackson in black and green sweater 3-20-23 | X | X | | X | | | 10/2/2023 |
| 347 | Photo of Jackson holding gun 3-20-23 | X | X | | X | | | 10/2/2023 |
| 348 | Jackson on kitchen island with cash 3-19-23 | X | X | | X | | | 10/2/2023 |
| 349 | Jackson on kitchen island with cash 3-19-23 | X | X | | X | | | 10/2/2023 |
| 350 | Text Messages | X | X | | X | | | 10/2/2023 |
| 351 | Jackson Snapchat messages combined | X | X | | X | | | 10/2/2023 |
| 352 | Photo of Jackson shaving at apartment | X | X | | X | | | 10/2/2023 |
| 353 | Photo of Jackson wearing Cartier watch | X | X | | X | | | 10/2/2023 |
| 401 | Certified copy of Judgment, *United States v. Anthony Tyrone Jackson Jr*, 4:18-cr-114 (Southern District of Iowa, filed February 12, 2019) | X | X | | X | | | 10/3/2023 |
| 402 | Stipulation – Felony Conviction | X | X | | X | | | 10/3/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 403 | Stipulation – Drugs | X | X | | X | | | 10/3/2023 |
| 404 | Stipulation – Firearms | X | X | | X | | | 10/2/2023 |
| 405 | Stipulation – Fingerprints | X | X | | X | | | 10/2/2023 |
| 406 | DCI lab report | X | X | | X | | | 10/2/2023 |
| 407 | Stipulation – DNA | X | X | | X | | | 10/2/2023 |

## DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| | No Exhibits | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order